UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
IN RE PETITION OF ARTURO PEDRO PABLO
ESCALLION LLOREDA,

                 Petitioner

For an Order Granting Leave to Issue Subpoenas
Pursuant to 28 U.S.C. §1782 Upon

CARLOS JULIO ARDILA GAVIRIA,
PATRICIA ESCALLION DE ARDILA, and
LUCIA GALARZA,

                 Respondents.
------------------------------------------------------------ X

Misc. Action No. 18-207

## DECLARATION OF LUCIA GALARZA

Lucia Galarza declares under penalty of perjury as follows:

1. I am assistant secretary of RCN International Distribution LLC ("RCN International") at its office at 654 Madison Avenue, New York, New York. RCN International distributes the Spanish-language programming of RCN Televisión S.A. ("RCN"), which is headquartered in Bogota, Colombia.

2. Mr. Carlos Julio Ardila and Mrs. Patricia Ardila are citizens of Colombia and live in Colombia. Mr. Carlos Julio Ardila is engaged in RCN-related business, and visits New York for business and personal reasons. He uses a corporate-owned apartment at 28 East 70th Street when he visits New York.

3. At the office of RCN International, I received documents in connection with the above-captioned matter, which names me as a "Respondent." I have read the Petition and state I lack personal knowledge of any proceedings or property involving the estate of the father of Mrs. Patricia Ardila and her brother Arturo Escallon, the Petitioner (the "Estate"). Contrary to the

Petition's false allegations (at 4), I am not the "custodian of documentation related to estate assets."

4. I do not maintain any personal financial or business records for the Estate, Mr. Carlos Julio Ardila, or Mrs. Patricia Ardila. From time to time I go to the apartment and collect mail. I can state that I have never opened any mail from a financial institution or bank.

5. I am not authorized to accept service for Mr. Carlos Julio Ardila or Mrs. Patricia Ardila. When a process server came to my office, he asked for Mr. Ardila and I told him he was not in the country.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 2, 2018. New York, New York.

_____
Lucia Galarza